Argued and submitted November 30, affirmed December 29, 2004

STATE OF OREGON,
*Respondent,*

*v.*

MICHELLE RAE HEWITT,
*Appellant.*

015612BFE; A122734

103 P3d 654

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Anne Fujita Munsey, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Armstrong, Judge, and Deits, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Thackaberry*, 194 Or App 511, 95 P3d 1142 (2004).